```
David J. Kaminski (State Bar No. 128509)
kaminskid@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
INTEGRITY FINANCIAL PARTNERS, INC.
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEGRITY FINANCIAL PARTNERS, INC.,<br><br>　　　　Defendants. | CASE NO. CV 10-01377 DMG JEMx<br><br>**STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES**<br><br>**[FILED CONCURRENTLY WITH PROPOSED ORDER]** |

**IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant INTEGRITY FINANCIAL PARTNERS, INC. and Plaintiff JANET DAVIS through their respective counsel of record, that Plaintiff shall dismiss, with prejudice the above-

///
///
///
///
///
///
///

entitled lawsuit in its entirety, as to all parties named therein, pursuant to FRCP 41(a)(1).  Each party shall bear its own costs and expenses.

DATED:  May 4, 2010            CARLSON & MESSER LLP


                               By  /s/ David J. Kaminski
                                   David J. Kaminski
                                   Stephen A. Watkins
                                   Attorneys for Defendants,
                                   REDLINE RECOVERY SERVICES, LLC


DATED: May 4, 2010             LAW OFFICES OF TODD M. FRIEDMAN, P.C.


                               By    s/ Todd M. Friedman
                                   Todd M. Friedman
                                   Attorneys for Plaintiff, JANET DAVIS