1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE CENTRAL DISTRICT OF CALIFORNIA
10
11  JANET DAVIS,                      )   CASE NO. CV 10-01377 DMG JEMx
                                      )
12                 Plaintiff,         )   ~~[PROPOSED]~~ ORDER RE:
                                      )   STIPULATION RE DISMISSAL OF
13        v.                          )   ENTIRE ACTION AND ALL
                                      )   PARTIES, WITH PREJUDICE
14  INTEGRITY FINANCIAL               )
15  PARTNERS, INC.,                   )   [FILED CONCURRENTLY WITH
                                      )   STIPULATION RE DISMISSAL OF
16                 Defendant.         )   ENTIRE ACTION AND ALL
                                      )   PARTIES] [7] [JS6]
17                                    )
18                                    )
19                                    )
20                                    )
21  _____ )
22
23        The Court has reviewed the Stipulation of Plaintiff JANET DAVIS and

24  Defendant INTEGRITY FINANCIAL PARTNERS, INC. ("Defendant") to dismiss

25  with prejudice the above-entitled action, in its entirety.  Pursuant to the Stipulation

26  between the parties, the Court orders as follows:

27  / / /

28

                                        **1**

1    1.    That the above-entitled lawsuit is hereby dismissed, with prejudice,

2  pursuant to FRCP 41(a)(1).  Each party shall bear their own costs and expenses.

3

4

5  **IT IS SO ORDERED**.

6

7  DATED:   May 10, 2010

8  
   Dolly M. Gee
9  UNITED STATES DISTRICT JUDGE

CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045

06251.00:164001        [PROPOSED] ORDER RE STIPULATION RE DISMISSAL, etc.   CV 10-01377 DMG JEMx